**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kathy Sandlin, | ) | No. CV-07-2203-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Astrue, Commissioner, Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 2), and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting Plaintiff's application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity of giving security therefore.  Plaintiff shall be responsible for service by waiver or of the summons and complaint.

DATED this 28th day of November, 2007.

Stephen M. McNamee
United States District Judge